# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LINDA L. FOLEY

VERSUS

JUDY L. DAVIS, TRUSTEE OF
THE KAY F. ENRIGHT SEPARATE
PROPERTY TRUST

NO.   2019 CW 0524

OCT 1 8 2019

In Re:   Linda L. Foley, applying for supervisory writs, 21st
Judicial District Court, Parish of Tangipahoa, No.
2013-2470.

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT NOT CONSIDERED.** Relator failed to comply with Rule 4-
3 of the Uniform Rules of Louisiana Courts of Appeal, as the
writ application does not contain the signed return date order.
In addition, an evidentiary hearing was held herein, and in
order to properly review this matter, this court must be
provided with a copy of evidence introduced at the hearing,
including a transcript of the live testimony.

Finally, relator has improperly requested supervisory
review of multiple judgments in a single writ application.
Although there is no explicit statutory prohibition against
challenging multiple judgments in a single writ application, the
Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-
5(C) refer only to the "ruling . . . at issue" and the "ruling
complained of."   Therefore, we decline to consider multiple
judgments in a single writ application.  See **Succession of
Burgo,** 2019-0612 (La. App. 1st Cir. 8/5/19), 2019 WL 3574213
(unpublished).

Supplementation of this writ application and/or an
application for rehearing will not be considered.  Rules 4-9 and
2-18.7, Uniform Rules of Louisiana Courts of Appeal.   In the
event relator seeks to file new applications with this court,
such applications must contain all pertinent documentation, and
must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts
of Appeal.   Any new application must be filed on or before
November 18, 2019, and must contain a copy of this ruling.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT